JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Steven Tehrani, | ) Case No. |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) 2:20-cv-00609-MWF-GJS |
| Fedchex Recovery, LLC | ) **ORDER** |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice.  Each party shall bear their own costs and expenses.

Dated:  June 9, 2020

_____
Honorable Judge of the District Court